UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin Victor Oyola, | Case No. 2:25-cv-00685-CDS-MDC |
| Plaintiff | **Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure** |
| v. | |
| Freedom Mortgage Corp, et al., | |
| Defendants | |

The amended complaint in this action was filed on November 19, 2025. ECF No. 8.

Federal Rule of Civil Procedure 4(m) provides, in part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

To date, there has been no proof of service filed as to Freedom Mortgage Corp. and Nestor Trustee Service LLC. Notice is hereby given that this action will be dismissed without prejudice unless proof of service is filed by March 3, 2026. Service on the parties must have taken place prior to the expiration of the time limit set forth in Fed. R. Civ. P. 4(m), or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice by March 3rd will result in dismissal without prejudice and without further notice.

Dated: February 19, 2026

_____
Cristina D. Silva
United States District Judge