UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Justin Victor Oyola, | Case No. 2:25-cv-00685-CDS-MDC |
| Plaintiff | **Order Dismissing and Closing Case** |
| v. | |
| Freedom Mortgage Corp, et al., | |
| Defendants | |

The complaint in this action was filed on November 19, 2025. ECF No. 8. On February 19, 2026, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Freedom Mortgage Corp. and Nestor Trustee Service LLC by March 3, 2026, the court would enter an order of dismissal. ECF No. 9. The deadline has now passed, and no proof of service is filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly instructed to close this case.

Dated:  March 9, 2026

_____
Cristina D. Silva
United States District Judge